An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS DOUCETTE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61561



FILED

MAY 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order revoking probation and amending the judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant pleaded guilty to coercion and was sentenced to serve 12 to 72 months in prison; the sentence was suspended and appellant was placed on probation. Thereafter, his probation was revoked, and the original sentence was imposed. Appellant argues that his sentence constitutes cruel and unusual punishment but does not explain the basis of that assertion.

We have observed that, regardless of its severity, "[a] sentence within the statutory limits is not 'cruel and unusual punishment unless the statute fixing [the] punishment is unconstitutional or the sentence is so unreasonably disproportionate to the offense as to shock the conscience.'" *Blume v. State*, 112 Nev. 472, 475, 915 P.2d 282, 284 (1996) (quoting *Culverson v. State*, 95 Nev. 433, 435, 596 P.2d 220, 221-22 (1979)). Here, the sentence is within statutory limits, *see* NRS 207.190(2)(a), and appellant does not challenge the statute as unconstitutional. And we are not convinced that the sentence is

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14387

unreasonably disproportionate to the gravity of the offense so as to violate the proscription against cruel and unusual punishment. *Ewing v. California*, 538 U.S. 11, 29 (2003) (plurality opinion); *Harmelin v. Michigan*, 501 U.S. 957, 1000-01 (1991) (plurality opinion). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                              Saitta


cc:     Hon. Michelle Leavitt, District Judge
        Sanft Law, P.C.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk